ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/19

**TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND; TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
RELIEF AND CHARITY FUND; THE NEW
YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION,**

                Plaintiffs,

    - against –

**NICHOLAS INDUSTRIES & CONSTRUCTION
SERVICES INC.,**

                Defendant.

18 Civ. 2098 (LLS)

ORDER

After hearing the parties this afternoon, Sgarlato &
Sgarlato, PLLC is relieved of further representation of
defendant in this matter.

So ordered.

Dated:    New York, New York
          November 26, 2019

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.

-1-