ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, <br><br> Plaintiffs, <br><br> -against- <br><br> NICHOLAS INDUSTRIES & CONSTRUCTION SERVICES INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY, <br><br> Defendants. | 18 CV 2098 (LLS) <br><br> DEFAULT JUDGMENT |

The Summons and Complaint in this action having been duly served on the above-named Defendant NICHOLAS INDUSTRIES & CONSTRUCTION SERVICES INC. ("NICHOLAS"), and said Defendant having failed to file an Answer to said Complaint, nor appear with new counsel and respond to the Plaintiffs' proposed discovery schedule and proposed date for trial as instructed by the Honorable Judge Louis L. Stanton and said default having been duly noted and upon the annexed Declarations of Marlie Blaise and William Davidian of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of Nicholas, the Defendant, with its principal place of business at 2411 East 70th Street, Brooklyn, New York 11234, in the amount of $51,923.31, consisting of the balance of the findings of the audit in connection with Nicholas' work performed on the Build It Back Staten Island project as follows: (1) the liquidated damages of $852.01, (2) the audit costs of $1,248.50, (3) attorneys' fees and costs of

$49,822.80; (4) post judgment interest at the statutory rate; and (5) such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

_____
Hon. Louis L. Stanton, U.S.D.J.

_Feb. 28, 2020_
Date

This document was entered on the docket on

_____.